# BARTLETT, MCDONOUGH, BASTONE & MONAGHAN, LLP

ATTORNEYS AT LAW

300 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501-4112
TELEPHONE: (516) 877-2900
FAX: (516) 877-0732

OF COUNSEL
J. EDWARD MCDONOUGH

| WHITE PLAINS OFFICE | NEW YORK CITY OFFICE |
|---|---|
| 81 MAIN STREET | 230 PARK AVENUE |
| WHITE PLAINS, NEW YORK 10601-1711 | NEW YORK, NEW YORK 10169-1099 |
| TELEPHONE: (914) 448-0200 | TELEPHONE: (212) 983-2900 |
| FAX: (914) 448-0215 | FAX: (212) 983-2901 |

August 11, 2006

**Via:   Electronic Filing to Court and all Parties**

United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1214S
Brooklyn, New York 11201
Attn: Honorable Marilyn Dolan Go

**RE:   MUNGO v. FIRST PRESTON MANAGEMENT INC., v. ASSET SPECIALIST INC.
06-CV-3120
BMB&M File No.: 310-0003**

Dear Magistrate Go:

This office represents defendant Asset Specialist Inc. in the above referenced matter.

Please be advised that defendant Asset respectfully joins in the application of defendant First Preston for an order directing Kings County to unseal the Criminal Court file of <u>The People of the State of New York v. Kelvin Hercules and Suliikhann Rowe</u>, Docket No.: 03612-2003.

Defendant Asset respectfully adopts the argument and authority cited by counsel for First Preston, Bradley E. Dubin, Esq., in his letter dated August 8, 2006 and sets forth same in support of defendant Asset's application.

Clearly, the related criminal file is relevant and extremely important to the issues in this action. As this Honorable Court knows, this case involves allegations of negligent building security and maintenance thus the facts and circumstances surrounding the incident, particularly any statements given by the participants, is extremely important to the civil case.

As always, the Court's courtesy and consideration in this matter is greatly appreciated.

Respectfully submitted,

*E. Gordon Haesloop*

GH/mt

E. Gordon Haesloop (5790)

BARTLETT, MCDONOUGH, BASTONE & MONAGHAN, LLP

cc: Talkin, Muccigrosso & Roberts, LLP
Attorney for Plaintiff
40 Exchange Place, 18th Floor
New York, New York 10005

McManus, Collura & Richter, P.C.
Attorney for Defendant and Third Party Plaintiff
First Preston Management Inc.
48 Wall Street
New York, New York 10005